UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHILIP MORRIS USA INC.,                         JUDGMENT
                                                08-CV- 0069 (ARR)
                                Plaintiff,

    -against-

C.H. RHODES, INC., et al.,

                                Defendants.
------------------------------------------------------------------X

         An Order of Honorable Allyne R. Ross, United States District Judge, having been been filed on April 21, 2010, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated March 26, 2010, after a review of the record; and directing the Clerk of Court to enter judgment awarding plaintiff a total of $1,000.000 in statutory damages; and $350.00 in costs; and granting plaintiff's request for a permanent injunction, permanently enjoining defendant Rhodes from purchasing, importing, distributing, selling or offering for sale, counterfeit Marlboro® cigarettes or assisting, aiding or abetting any other person or entity in doing so; or using the Marlboro® marks or trademarks confusingly similar therewith or the Marlboro ® trade dress or trade dress confusingly similar therewith; it is

         ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Cheryl L. Pollak is adopted in its entirety; that judgment is hereby entered in favor of plaintiff, Philip Morris USA Inc., and against defendant, C.H. Rhodes, Inc., awarding plaintiff a total of $1,000,000 in statutory damages; and $350.00 in costs; and that it is further,

JUDGMENT
08-CV- 0069 (ARR)

ORDERED and ADJUDGED that plaintiff's request for a permanent injunction is granted, permanently enjoining defendant, C.H. Rhodes, Inc., from purchasing, importing, distributing, selling or offering for sale, counterfeit Marlboro® cigarettes or assisting, aiding or abetting any other person or entity in doing so; or using the Marlboro® marks or trademarks confusingly similar therewith or the Marlboro® trade dress or trade dress confusingly similar therewith.

Dated: Brooklyn, New York
      April 21, 2010

/S/
ROBERT C. HEINEMANN
Clerk of Court